UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS SARUBBI,

        NO. CIV. S-05-2294 LKK/JFM

    Plaintiff,

  v.

        O R D E R

ROCHE LABORATORIES, INC.,

    Defendant.
_____/

    Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

    IT IS SO ORDERED.

    DATED: May 18, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT