1  **Etan E. Rosen, Esq.  (SBN 173728)**
   BEYER, PONGRATZ & ROSEN
2  *A Professional Law Corporation*
   3230 Ramos Circle
3  Sacramento, CA 95827
   (916) 369-9750-telephone
4  (916) 369-9760-facsimile

5  Attorney for Plaintiff
   DOUGLAS SARUBBI
6

7
                 UNITED STATES DISTRICT COURT
8
                 EASTERN DISTRICT OF CALIFORNIA
9

10  DOUGLAS SARUBBI,                    )   Case No: 2:05-CV-02294 LKK JFM
                                        )
11          Plaintiff,                  )   **STIPULATION OF DISMISSAL**
                                        )   **AND  ORDER**
12  v.                                  )
                                        )
13  ROCHE LABORATORIES, INC., and DOES  )
    1 through 50, inclusive.            )
14                                      )
            Defendants.                 )
15                                      )

16      IT IS HEREBY STIPULATED by and between the parties to this action through their

17  designated counsel that the above-captioned case be and hereby is dismissed with prejudice pursuant

18  to FRCP 41(a)(1).  A request is hereby made that this honorable Court vacate its Status Conference

19  scheduled for August 28, 2006 at 1:30 p.m.

20

21                                          BEYER, PONGRATZ AND ROSEN

22

23  Date:   August 16, 2006            By: /s/ Etan E. Rosen
                                           Attorney for Plaintiff
24

25                                          OGLETREE, DEAKINS
                                            NASH, SMOAK & STEWART
26

27  Date:August 16, 2006             By:  /s/ Gloria Jan
                                           Attorney for Defendants
28

                                       1
            STIPULATION OF DISMISSAL AND PROPOSED ORDER

*BEYER, PONGRATZ & ROSEN*
*A Professional Law Corporation*
*3230 Ramos Circle*
*Sacramento, CA 95827*
*(916) 369-9750*
*Facsimile: (916) 369-9760*

## ORDER

IT IS SO ORDERED.

Date: August 23, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BEYER, PONGRATZ & ROSEN
A Professional Law Corporation
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750
Facsimile: (916) 369-9760

STIPULATION OF DISMISSAL AND PROPOSED ORDER